IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01364-CMA-KLM

LATASHA L. WOODS,

   Plaintiff,

v.

CUSA BCCAE, LLC, a Texas corporation conducting business in Colorado,
COACH AMERICA, a Texas corporation conducting business in Colorado, and
REGIONAL TRANSPORTATION DISTRICT, a Colorado corporation conducting
   business as access-a-ride,

   Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

On January 9, 2012, this Court issued a text entry Minute Order (Doc. # 19) to Show Cause why this case should not be administratively closed. Upon review of Plaintiff's "Response to Show Cause Order and Request for Suspension" (Doc. # 21) and Defendant's "Response to Show Cause Order" (Doc. # 22), the Court hereby ORDERS that the above-captioned case be STAYED and ADMINISTRATIVELY CLOSED, subject to reopening by Plaintiff upon filing with this Court either (a) an order from the United States Bankruptcy Court for the District of Delaware (Case No. 12-10065-KG) granting relief from the automatic stay OR (b) a notice that the bankruptcy case has been dismissed without a discharge of this obligation having been granted.

IT IS FURTHER ORDERED that, beginning April 24, 2012, Plaintiff shall file a report regarding the status of the bankruptcy case on a quarterly basis, keeping the Court so informed.

DATED: February __06__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge